LANPHERE ENTERPRISES, INC., an Oregon corporation; Beaverton Chrysler Plymouth, Inc., an Oregon corporation; Newberg Dodge Jeep Chrysler–Plymouth, Inc., an Oregon corporation, Plaintiffs—Appellants,

v.

DOORKNOB ENTERPRISES, LLC, an Oregon limited liability company; K Lube, L.C., a foreign limited liability company; USP/GK, L.C., a foreign limited liability company; USP/GEE, L.C., an Oregon limited liability company; Horseshoe Lubricants, L.L.C., a foreign limited liability company; SAM Trakul Investments, Inc., an Oregon corporation; BK & S Corporation, an Oregon corporation; TOC, Inc., an Oregon corporation; LGOC, Inc., an Oregon corporation, Defendants—Appellees.

No. 04–35434.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted May 5, 2005.

Decided Aug. 19, 2005.

Duane A. Bosworth, II, Esq., Kevin H. Kono, Esq., Davis Wright Tremaine, Craig A. Nichols, Nichols & Associates, Portland, OR, for Plaintiffs—Appellants.

Scott A. Shorr, Esq., Robert A. Shlachter, Esq., Stoll Stoll Berne Lokting & Shlachter, PC, Portland, OR, for Defendants—Appellees.

Before: GOODWIN, TASHIMA, and CLIFTON, Circuit Judges.

ORDER

In its opening brief, Lanphere Enterprises, Inc., "abandons its appeal of the District Court's attorney fee award, Ninth Circuit Case No. 04–35434."

Accordingly, this appeal is hereby **DISMISSED.**